IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MOORE DIETER | : CIVIL ACTION |
| v. | : |
| MICHAEL J. ASTRUE, Commissioner of Social Security | : NO. 11-2023 |

## ORDER

AND NOW, this 10th day of April, 2012, upon consideration of Plaintiff's Brief and Statement of Issues in Support of his Request for Review and Defendant Commissioner's Response to Plaintiff's Request for Review, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, to which no objections have been filed - RLB, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The final decision of the Commissioner of Social Security is AFFIRMED.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.